ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Marlon C. Wadlington, State Bar No. 192138
Patrick J. Balucan, State Bar No. 200655
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

Attorneys for Defendant, ORANGE
UNIFIED SCHOOL DISTRICT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.T., a minor, by and through his Guardian Ad Litem, JONI TERRY,<br><br>Plaintiff,<br><br>vs.<br><br>ORANGE UNIFIED SCHOOL DISTRICT,  A Local Educational Agency, CALIFORNIA OFFICE OF ADMINISTRATIVE HEARINGS, and CALIFORNIA DEPARTMENT OF EDUCATION,<br><br>Defendant. | CASE NO.:  SACV 07-0128 ODW (RNBx)<br><br>**[PROPOSED] JUDGMENT RE PLAINTIFF J.T., A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM JONI TERRY'S APPEAL OF ADMINISTRATIVE FINDINGS**<br><br>(Exempt Gov. Code § 6103) |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

This matter came on regularly before this Court on February 8, 2008 for Trial.  Plaintiff J.T., a minor, by and through his Guardian ad Litem, Joni Terry, ("Plaintiffs") appeared by and through their counsel of record, Tania Whiteleather. Marlon C. Wadlington, and Patrick Balucan, of Atkinson, Andelson, Loya, Ruud & Romo appeared for Defendant ORANGE UNIFIED SCHOOL DISTRICT ("District").

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 Park Plaza Drive, Suite 200
Cerritos, California 90703-8597
Telephone: (562) 653-3200 • (714) 826-5480
Facsimile: (562) 653-3333

After hearing oral argument, the Honorable Judge Otis D. Wright II affirmed the decision of Administrative Law Judge Robert Helfand and ruled that the District did not deny Plaintiffs a Free and Appropriate Public Education ("FAPE") for the 2001/2002 through 2005/2006 school years either substantively or procedurally.

Pursuant to the Honorable Judge Wright's ruling,

**IT IS HEREBY ORDERED:**

Judgment is entered in favor of Defendant Orange unified School District and against Plaintiff J.T., a minor, by and through his Guardian ad Litem, Joni Terry.

DATED: April 1, 2008

_____

JUDGE OF THE UNITED STATES DISTRICT COURT